NEW YORK TELEPHONE COMPANY, Respondent, v GERALD MALACHOWSKI et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 25.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

UNITED STATES FIDELITY & GUARANTY COMPANY as Subrogee of JOANNE OATES, Respondent, v GERALD MALACHOWSKI et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 26.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

COLONIAL STATESMAN, LTD., as Subrogee of BRENDA CHAVERS, Respondent, v GERALD MALACHOWSKI et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 27.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present —Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

HOME INSURANCE COMPANY, as Subrogee of the Estate of JESSE ARNOLD, Deceased, Respondent, v GERALD MALACHOWSKI et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 28.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.